Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 646 | **DATE** | 7/27/2000 |
| **CASE TITLE** | Central States, etc. et al. Vs. Ronald Mitnick et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendants now seek to transfer this case to the Eastern District of Michigan pursuant to 28 U.S.C. Section 1404(a). That motion is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUL 2 8 2000 | |
| | Notified counsel by telephone. | | date docketed | 15 |
| ✓ | Docketing to mail notices. | | | |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND, )
and HOWARD McDOUGALL, Trustee, )
)
Plaintiffs, )
)
vs. ) No. 00 C 646
)
RONALD MITNICK and MARSHA MITNICK, )
)
Defendants. )

DOCKETED
JUL 2 8 2000

## MEMORANDUM OPINION AND ORDER

Plaintiffs have sued defendants here for recovery of $34,911.68 withdrawal liability of EPCO Foods, Inc. (EPCO) on the ground that they are members of the EPCO Controlled Group. Defendants now seek to transfer this case to the Eastern District of Michigan pursuant to 28 U.S.C. §1404(a). That motion is granted.

EPCO was a Michigan corporation and is now bankrupt. Defendants are residents of Michigan. Plaintiffs, however, are located here and ordinarily that is enough to keep the case here. ERISA specifically permits suit where the fund is located, and the courts have recognized that funds should not have to litigate elsewhere unless the reasons for transfer are compelling.

They are compelling here. Perhaps it is enough that the core issue appears to be defendants' relationship to EPCO, with the witnesses and documents bearing on that issue undoubtedly in Michigan. *See* Trustees of the Chicago Truck Drivers, Helpers and Warehouse Workers Union (Independent) Pension Fund v. American Carriers, 1989 WL 20810 (N.D. Ill.) But we do not rest on that. Judge Castillo has transferred a related case against EPCO and

another corporation, involving the same withdrawal liability, to the Eastern District of Michigan. Plaintiff must litigate there in any event. It is not in the interest of justice to require the parties and the witnesses to litigate in two different fora, or to require two districts to entertain parallel actions.

                                                                                                                                                                                                                                                                                                JAMES B. MORAN
                                         Senior Judge, U. S. District Court

July 27, 2000.